

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES REYNOLDS

         Plaintiff,   : Civil Action No. 11 CV 0327 (SAS)

   -against-

WENNER MEDIA LLC,      : **STIPULATION AND ORDER**

         Defendant.
-------------------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant to answer, move or otherwise respond to the Complaint in this action shall be extended by 30 days, until March 24, 2011.

Dated: New York, New York
   February __, 2011

LAW FIRM OF LOUIS GINSBERG, P.C.   KASOWITZ BENSON, TORRES
                    & FRIEDMAN LLP

By: _____      By: _____
 Louis Ginsberg            Brian Kaplan
 (lg@louisginsberglawoffices.com)    (bkaplan@kasowitz.com)
 Matthew Cohen          Joseph A. Piesco, Jr.
 (mc@louisginsberglawoffices.com)   (jpiesco@kasowitz.com)
                    Joshua D. Fulop
                    (jfulop@kasowitz.com)

1613 Northern Blvd.          1633 Broadway
Roslyn, NY 11576           New York, NY 10019
(516) 625-0105 X.13          (212) 506-1700
Attorneys for Plaintiff          Attorneys for Defendant

SO ORDERED:

_____
Hon. Shira A. Scheindlin

2/22/11