UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
JAMES REYNOLDS,

                Plaintiff,

   -against-

WENNER MEDIA LLC,

               Defendant.

------------------------------------------------------- X

**ORDER
OF DISCONTINUANCE**

11 Civ. 0327 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      The Clerk of the Court is directed to close this case.

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            March 3, 2011

## - Appearances -

**For Plaintiff:**

Louis Ginsberg, Esq.
Law Firm of Louis Ginsberg, P.C.
1613 Northern Blvd.
Roslyn, NY 11576
(516) 625-0105

**For Defendant:**

Joseph A. Piesco, Esq.
1633 Broadway
New York, NY 10019
(631) 543-1191